UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DALLAS BUYERS CLUB LLC,

        Plaintiff,

    v.

DOE-69.181.52.57,

        Defendant.

Case No.  16-cv-01164-JSC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DIRECTING PLAINTIFF TO FILE MOTION**

Upon review of Plaintiff's case management conference statement (Dkt. No. 25), the case management conference scheduled for August 11, 2016 is continued **to October 6, 2016**.  Plaintiff shall file its motion for a Rule 45 deposition by **August 15, 2016**.

    **IT IS SO ORDERED.**

Dated: August 5, 2016

JACQUELINE SCOTT CORLEY
United States Magistrate Judge