**TRUE COPY CERTIFICATION**

I certify the foregoing MOTION FOR FRCP 45 DEPOSITION is a complete copy of the originals thereof.

DATED this 9th day of August, 2016.

                                    /s/James S. Davis _____
                                    James S. Davis   CALBAR NO.207963
                                    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on the 9th day of August, 2016, I served the foregoing MOTION FOR FRCP 45 DEPOSITION on the following by sending an exact and complete copy thereof by:

_____ E-Mail TRANSMISSION

\_\_\_\_\_XX_____ UNITED STATES POST OFFICE at Chula Vista, California with Postage paid addressed to the respective party, as shown below, at that Party's regular address.

_____

Bu Li
5 Fratessa Ct.
San Francisco, CA 94134

                                    /s/James S. Davis_____
                                    James S. Davis   CALBAR NO.207963
                                    Attorneys for Plaintiff