James S. Davis CALBAR NO.207963
Email:  Jamesdee3080@msn.com
James S. Davis Attorney at Law
730 Broadway, Suite 102
Chula Vista CA 91910
(619) 934-4600
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DALLAS BUYERS CLUB, LLC**, a Texas Limited Liability Company,<br><br>          Plaintiff,<br>v.<br><br>**DOE-69.181.52.57,**<br><br>          Defendant. | Case No.: 3:16-cv-01164-JSC<br><br>MOTION FOR LEAVE TO ISSUE AN FRCP 45 SUBPOENA FOR DEPOSITION |

Conferral Statement

Plaintiff does not know the identity of the defendant, and as such is unable to confer. However, Plaintiff has served a copy of this motion on the identified subscriber as this request is a request to depose the subscriber.

MOTION

Plaintiff requests leave to issue an FRCP 45 subpoena to locate the infringer and submits a memorandum in support of its request.

DATED: August 11, 2016.

/s/James S. Davis
James S. Davis CALBAR NO.207963
Jamesdee3080@msn.com
619-934-4600
Of attorneys for the plaintiff